Cr.R. 112, 128 S.W.2d 402; Johnson v. State, 150 Tex.Cr.R. 411, 201 S.W.2d 832.

For the error discussed, the judgment is reversed and the cause remanded.

**Oblet NATHAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27820.

Court of Criminal Appeals of Texas

Nov. 16, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful sale of beer in a dry area is the offense; the punishment, a fine of $800.

The record on appeal contains no statement of facts or bills of exception.

All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.